FILED

2016 Feb-25  PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

|                               |     |                              |
|-------------------------------|-----|------------------------------|
| JOEY LEE WILHITE,             | )   |                              |
|                               | )   |                              |
|     Plaintiff | )   |                              |
|                               | )   |                              |
| v.                            | )   | Case No.  5:14-cv-01547-WMA-HGD |
|                               | )   |                              |
| SHERIFF ANNE FRANKLIN, et al., | )   |                              |
|                               | )   |                              |
|     Defendants | )   |                              |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 28, 2016, recommending that the plaintiff's motion for preliminary and permanent injunctive relief (doc. 24) be denied and this action be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1).  The magistrate judge further recommended that supplemental jurisdiction over the plaintiff's claims of violations of the constitution of the State of Alabama be declined.   No objections to the report and recommendation were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report  is  due  to  be  and  is  hereby  **ADOPTED**  and  the

recommendation is **ACCEPTED**.  Accordingly, the plaintiff's motion for preliminary and permanent injunctive relief (doc. 24) is due to be **DENIED** and this action is due to be **DISMISSED** for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1).  Supplemental jurisdiction over the plaintiff's claims of violations of the constitution of the State of Alabama is due to be **DECLINED**.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 25th day of February, 2016.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE